# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EDINA SUHONJIC, ) | |
| ) | |
| Plaintiff, ) | No. 4:18-CV-699 RLW |
| ) | |
| v. ) | |
| ) | |
| SAFECO INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Defendant filed its Motion to Compel, seeking answers to Defendant's interrogatories and production of documents. (ECF No. 14). Therein, Defendant's counsel states he sent a letter, dated October 30, 2018, to Plaintiff's attorney in a good faith effort to resolve this discovery dispute. Defendant advises the Court that Plaintiff's counsel has not responded to Defendant's discovery letter.

Under this Court's local rules, "[t]he Court will not consider any motion relating to discovery and disclosure unless it contains a statement that movant's counsel has conferred **in person or by telephone** with the opposing counsel in good faith ..." E.D. Mo. L.R. 3.04 (emphasis added). Written correspondence is insufficient to satisfy this requirement for a good faith attempt to resolve the discovery dispute. Therefore, the Court denies Defendant's Motion to Compel without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel (ECF No. 14) is **DENIED** without prejudice.

Dated this 29th day of November, 2018.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**